# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

      vs.

ISMAEL MARTINEZ OLMOS,
aka Ismael Martinez Olmas
             Defendant.

CASE NO. 13-cr-02625-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 x    an indictment has been filed in caseÁFǦOÞǦ€GIËÕQU against the defendant á^äÁ\he Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Cocaine (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/20/13

_Barbara L. Major_
Barbara L. Major
U.S. Magistrate Judge